Rosemary G. GASIOR, Individually and as Executrix of the Estate of Joseph M. Gasior, Deceased, Petitioner

v.

Albert C. PARULIS, M.D.; Syed R. Gilani, M.D.; UPMC, a/k/a University of Pittsburgh Medical Center; UPMC Braddock, a/k/a University of Pittsburgh Medical Center–Braddock; UPMC Emergency Medicine, Inc., d/b/a Emergency Resource Management, Inc.; and UPMC Presbyterian Shadyside, a/k/a UPMC Shadyside, Respondents

No. 66 WAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

**AND NOW,** this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**